UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA

    - v. -

AYMAN AL ZAWAHIRI,
    a/k/a "Abdel Muaz,"
    a/k/a "Dr. Ayman al Zawahiri,"
    a/k/a "the Doctor,"
    a/k/a "Nur,"
    a/k/a "Ustaz,"
    a/k/a "Abu Mohammed,"
    a/k/a "Abu Mohammed Nur al-Deen,"
                Defendant.

**NOLLE PROSEQUI**

**98 Cr. 1023 (LAK)**

---

1.      The filing of this *nolle prosequi* will dispose of this case with respect to the defendant AYMAN AL ZAWAHIRI, a/k/a "Abdel Muaz," a/k/a "Dr. Ayman al Zawahiri," a/k/a "the Doctor," a/k/a "Nur," a/k/a "Ustaz," a/k/a "Abu Mohammed," a/k/a "Abu Mohammed Nur al-Deen" ("AYMAN AL ZAWAHIRI").

2.      On June 16, 1999, Superseding Indictment S6 98 Cr. 1023 was returned and filed. Superseding Indictment S6 charged AYMAN AL ZAWAHIRI, and others, with various crimes related to al Qaeda's worldwide conspiracy to kill Americans, and in particular with crimes related to the August 7, 1998 attack on the United States Embassies in Nairobi, Kenya and Dar-es-Salaam, Tanzania.  In particular, Superseding Indictment S6 charged AYMAN AL ZAWAHIRI in 243 counts as follows:

      a.      Count One: Conspiracy to kill nationals of the United States, in violation of Title 18, United States Code, Section 2332(b);

b.	Count Three: Conspiracy to murder United States civilians, officers and employees of the United States, and internationally protected persons, in violation of Title 18, United States Code, Sections 1111, 1114, 1116 and 1117;

c.	Count Four: Conspiracy to use weapons of mass destruction against nationals of the United States, in violation of Title 18, United States Code, Sections 2332a(a)(1) and (a)(3);

d.	Count Five: Conspiracy to damage and destroy property of the United States, in violation Title 18, United States Code, Sections 844(f)(1), (f)(3) and 844(n);

e.	Count Six: Conspiracy to attack national defense utilities, in violation of Title 18, United States Code, Sections 2155(a) and (b);

f.	Count Seven: Destruction of the United States Embassy in Nairobi, Kenya and as a result of such conduct, directly and proximately causing the deaths of at least 213 persons, in violation of Title 18, United States Code, Sections 844(f)(1), (f)(3) and 2;

g.	Count Eight: Destruction of the United States Embassy in Dar-es-Salaam, Tanzania and as a result of such conduct, directly and proximately causing the deaths of at least 11 persons, in violation of Title 18, United States Code, Sections 844(f)(1), (f)(3) and 2;

h.	Count Nine: Use and attempted use of a weapon of mass destruction against nationals of the United States located at the United States Embassy in Nairobi, Kenya, in violation of Title 18, United States Code, Sections 2332a(a)(1) and (a)(3);

i.	Count Ten: Use and attempted use of a weapon of mass destruction against nationals of the United States located at the United States Embassy in Dar-es-Salaam, Tanzania, in violation of Title 18, United States Code, Sections 2332a(a)(1) and (a)(3);

j.      Counts Eleven through 222: Murder in the course of the attack on the United States Embassy in Nairobi, Kenya, in violation of Title 18, United States Code, Sections 930(c), 1111 and 2;

k.      Counts 223 through 233: Murder in the course of the attack on the United States Embassy in Dar-es-Salaam, Tanzania, in violation of Title 18, United States Code, Sections 930(c), 1111 and 2;

l.      Count 234: Murder of persons at the United States Embassy in Nairobi, Kenya, in violation of Title 18, United States Code, Sections 7(3), 1111 and 2;

m.      Count 235: Murder of persons at the United States Embassy in Dar-es-Salaam, Tanzania, in violation of Title 18, United States Code, Sections 7(3), 1111 and 2;

n.      Count 236: Murder and attempted murder of officers and employees of the United States Government at the United States Embassy in Nairobi, Kenya, in violation of Title 18, United States Code, Sections 1111, 1114 and 2;

o.      Count 237: Murder and attempted murder of officers and employees of the United States Government at the United States Embassy in Dar-es-Salaam, Tanzania, in violation of Title 18, United States Code, Sections 1111, 1114 and 2;

p.      Count 238: Murder and attempted murder of internationally protected persons at the United States Embassy in Nairobi, Kenya, in violation of Title 18, United States Code, Sections 1111, 1116 and 2;

q.      Count 239: Attempted murder of internationally protected persons at the United States Embassy in Dar-es-Salaam, Tanzania, in violation of Title 18, United States Code, Sections 1111, 1116 and 2;

r.      Count 240: Maiming of persons at the United States Embassy in Nairobi, Kenya, in violation of Title 18, United States Code, Sections 114 and 2;

s.      Count 241: Maiming of persons at the United States Embassy in Dar-es-Salaam, Tanzania, in violation of Title 18, United States Code, Sections 114 and 2;

t.      Count 242: Use and carrying of an explosive device during the commission of a felony, in violation of Title 18, United States Code, Sections 844(h)(1), (h)(2) and 2;

u.      Count 243: Use and carrying of a dangerous device during the bombing of the United States Embassy in Nairobi, Kenya, in violation of Title 18, United States Code, Sections 924(c) and 2; and

v.      Count 244: Use and carrying of a dangerous device during the bombing of the United States Embassy in Dar-es-Salaam, Tanzania, in violation of Title 18, United States Code, Sections 924(c) and 2.

3.      On May 8, 2000, Superseding Indictment S7 98 Cr. 1023 was returned and filed. Superseding Indictment S7 charged AYMAN AL ZAWAHIRI in 285 counts, as follows:

a.      Count One: Conspiracy to kill nationals of the United States, in violation of Title 18, United States Code, Section 2332(b);

b.      Count Three: Conspiracy to murder officers and employees of the United States and internationally protected persons, in violation of Title 18, United States Code, Sections 1114, 1116 and 1117;

c.      Count Four: Conspiracy to use weapons of mass destruction against nationals of the United States, in violation of Title 18, United States Code, Sections 2332a(a)(1) and (a)(3);

d.      Count Five: Conspiracy to damage and destroy property of the United States, in violation Title 18, United States Code, Section 844(n);

e.      Count Six: Conspiracy to attack national defense utilities, in violation of Title 18, United States Code, Sections 2155(a) and (b);

f.      Count Seven: Bombing of the United States Embassy in Nairobi, Kenya and as a result of such conduct, directly and proximately causing the deaths of at least 213 persons, in violation of Title 18, United States Code, Sections 844(f)(1), (f)(3) and 2;

g.      Count Eight: Bombing of the United States Embassy in Dar-es-Salaam, Tanzania and as a result of such conduct, directly and proximately causing the deaths of at least 11 persons, in violation of Title 18, United States Code, Sections 844(f)(1), (f)(3) and 2;

h.      Count Nine: Use and attempted use of a weapon of mass destruction against nationals of the United States located at the United States Embassy in Nairobi, Kenya, in violation of Title 18, United States Code, Sections 2332a(a)(1) and (a)(3);

i.      Count Ten: Use and attempted use of a weapon of mass destruction against nationals of the United States located at the United States Embassy in Dar-es-Salaam, Tanzania, in violation of Title 18, United States Code, Sections 2332a(a)(1) and (a)(3);

j.      Counts Eleven through 223: Murder in the course of the attack on the United States Embassy in Nairobi, Kenya, in violation of Title 18, United States Code, Sections 930(c), 1111 and 2;

k.      Counts 224 through 234: Murder in the course of the attack on the United States Embassy in Dar-es-Salaam, Tanzania, in violation of Title 18, United States Code, Sections 930(c), 1111 and 2;

l.      Counts 235 through 275: Murder of employees of the United States at the United States Embassy in Nairobi, Kenya, in violation of Title 18, United States Code, Sections 1111, 1114 and 2;

m.      Count 276: Attempted murder of employees of the United States at the United States Embassy in Nairobi, Kenya, in violation of Title 18, United States Code, Sections 1111, 1114 and 2;

n.      Counts 277 and 278: Murder of employees of the United States at the United States Embassy in Dar-es-Salaam, Tanzania, in violation of Title 18, United States Code, Sections 1111, 1114 and 2;

o.      Count 279: Attempted murder of employees of the United States at the United States Embassy in Dar-es-Salaam, Tanzania, in violation of Title 18, United States Code, Sections 1111, 1114 and 2;

p.      Counts 280 and 281: Murder of internationally protected persons at the United States Embassy in Nairobi, Kenya, in violation of Title 18, United States Code, Sections 1111, 1116 and 2;

q.      Count 282: Attempted murder of internationally protected persons at the United States Embassy in Nairobi, Kenya, in violation of Title 18, United States Code, Sections 1111, 1116 and 2;

r.      Count 283: Attempted murder of internationally protected persons at the United States Embassy in Dar-es-Salaam, Tanzania, in violation of Title 18, United States Code, Sections 1111, 1116 and 2;

s.      Count 284: Use and carrying of an explosive device during the commission of a felony, in violation of Title 18, United States Code, Sections 844(h)(1), (h)(2) and 2;

t.       Count 285: Use and carrying of a dangerous device during the bombing of the United States Embassy in Nairobi, Kenya, in violation of Title 18, United States Code, Sections 924(c) and 2; and

u.       Count 286: Use and carrying of a dangerous device during the bombing of the United States Embassy in Dar-es-Salaam, Tanzania, in violation of Title 18, United States Code, Sections 924(c) and 2.

4.       On December 20, 2000, Superseding Indictment S9 98 Cr. 1023 was returned and filed; and on March 12, 2001, Superseding Indictment S10 98 Cr. 1023 was returned and filed. Each of these Superseding Indictments charged defendant AYMAN AL ZAWAHIRI as set forth in Paragraph Three, above.

5.       On or about July 31, 2022, while this case was still pending, defendant AYMAN AL ZAWAHIRI was killed in Kabul, Afghanistan, in the course of an operation conducted by the United States.   On or about August 1, 2022, President of the United States Joseph R. Biden, Jr. confirmed that "the United States successfully concluded an airstrike in Kabul, Afghanistan, that killed the emir of al Qaeda, Ayman al-Zawahiri."   *See* Remarks by President Biden on a Successful Counterterrorism Operation in Afghanistan (Aug. 1, 2022), *available at* https://www.whitehouse.gov/briefing-room/speeches-remarks/2022/08/01/remarks-by-president-biden-on-a-successful-counterterrorism-operation-in-afghanistan/.

6.        In light of the foregoing, I recommend that an order of *nolle prosequi* be filed as to defendant AYMAN AL ZAWAHIRI with respect to Superseding Indictments S6 98 Cr. 1023, S7 98 Cr. 1023, S9 98 Cr. 1023, and S10 98 Cr. 1023.

_____

David W. Denton, Jr.
Assistant United States Attorney
(212) 637-2744

Dated: New York, New York
       November 25, 2022

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to defendant AYMAN AL ZAWAHIRI with respect to Superseding Indictments S6 98 Cr. 1023, S7 98 Cr. 1023, S9 98 Cr. 1023, and S10 98 Cr. 1023.

_____

DAMIAN WILLIAMS
United States Attorney
Southern District of New York

Dated: New York, New York
       November 25, 2022

SO ORDERED:

_____

HON. LEWIS A. KAPLAN
United States District Judge
Southern District of New York

Dated: New York, New York
       _____, 2022